UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA

v.

EVELIN BRACY,

                 *Defendant.*

------------------------------------------------------X

ORIGINAL

**Order of Continuance**

**18 Mag. 5710**

      Upon the application of the United States of America and the affirmation of Thane Rehn, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was arrested on July 9, 2018, and was charged with violations of Title 21, United States Code, Sections 846, 812, 841(a)(1), and 841(b)(1)(A), and Title 18, United States Code, Section 1956(h), in a complaint dated July 3, 2018;

      It is further found that the defendant was presented before Magistrate Judge Sarah Netburn on July 9, 2018, and was ordered detained;

      It is further found that Thomas Ambrosio, Esq., counsel for defendant, and Assistant United States Attorney Thane Rehn have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

      It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

      It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. §3161(h)(7)(A) is hereby granted until September 7, 2018, and that a copy of this Order and the affirmation of Assistant United States Attorney Thane Rehn be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
      August 8, 2018

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE